UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TIFFANY PERKINS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EXPEDIA, INC.,<br><br>　　　　　　Defendant. | Case No. 2:19-cv-01105-APG-DJA<br><br>**REPORT AND RECOMMENDATION** |

　　　　This matter is before the Court on Plaintiff's failure to submit a completed application pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. On October 15, 2019, the Court denied without prejudice Plaintiff's Motion/Application to Proceed In Forma Pauperis (ECF No. 2) as incomplete and ordered her to file a new, completed Application to Proceed In Forma Pauperis along with a complaint or, in the alternative, pay the filing fee by October 29, 2019. (ECF No. 5). Plaintiff requested an extension, of an unknown time, to submit the new application and complaint due to her medical condition. The Court found good cause to grant her request for an extension, but set a deadline of November 13, 2019 to submit a new application. (ECF no. 7). To date, Plaintiff has failed to submit an application to proceed in forma pauperis. The Court stated, "Failure to comply with this Order will result in a recommendation to the District Judge that this action be dismissed." (*Id*. at 2).

　　　　Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

**NOTICE**

　　　　Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived

due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: December 10, 2019

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE