# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY PERKINS,<br><br>    Plaintiff<br><br>v.<br><br>EXPEDIA INC.,<br><br>    Defendant | Case No.: 2:19-cv-01105-APG-DJA<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 8] |

On December 10, 2019, Magistrate Judge Albregts recommended that I dismiss this case without prejudice because plaintiff Tiffany Perkins failed to file a completed application to proceed in forma pauperis as directed. ECF No. 8. Perkins did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Judge Albregts' report and recommendation **(ECF No. 8) is accepted** and this case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 9th day of January, 2020.

                                                              ANDREW P. GORDON<br>                                                              UNITED STATES DISTRICT JUDGE